IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| APRIL MUDD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 12-0384-WS-C |
| | ) | |
| VMJ, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| APRIL MUDD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 12-0385-WS-B |
| | ) | |
| VMJ, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

These related FLSA matters are before the Court on the parties' second amended joint motion for approval of their settlement. (Civil Action No. 12-0384, Doc. 37; Civil Action No. 12-0385, Doc. 50). After careful consideration of the motion, the attached documents, and the balance of the file, the Court concludes that the motion is due to be granted. Accordingly, and for reasons set forth therein, the motion is **granted**. The settlement agreement is **approved**. These actions are **dismissed with prejudice**. Judgment shall be entered by separate order.

DONE and ORDERED this 3rd day of June, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE